B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Long, John Raymond Sr.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA Oasis Real Estate Proffessionals** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-8645** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2031 Brittany Bend**<br>**Lake in the Hills, IL**<br>ZIP Code **60156** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**McHenry** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10)     Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Long, John Raymond Sr.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Richard A. Van Den Bussche**     **July 26, 2010** <br> Signature of Attorney for Debtor(s)     (Date) <br> **Richard A. Van Den Bussche** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Long, John Raymond Sr.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ John Raymond Long, Sr.**
Signature of Debtor  **John Raymond Long, Sr.**

**X**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**July 26, 2010**
Date

### Signature of Attorney*

**X  /s/ Richard A. Van Den Bussche**
Signature of Attorney for Debtor(s)

**Richard A. Van Den Bussche 3128284**
Printed Name of Attorney for Debtor(s)

**Law Office of Richard A. Van Den Bussche**
Firm Name

**455 Coventry Lane**
**Suite 107**
**Crystal Lake, IL 60014**

Address

**Email: RVDB_LAW@COMCAST.NET**
**815-356-5531  Fax: 888-739-5670**
Telephone Number

**July 26, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **John Raymond Long, Sr.**  Case No.
Debtor(s)  Chapter  **7**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ John Raymond Long, Sr.**
                     **John Raymond Long, Sr.**

Date: **July 26, 2010**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                      Best Case Bankruptcy

A & J Window Cleaning
202 W. McHenry Ave.
Woodstock, IL 60098

Academy Collection Service, Inc.
10965 Decatur Road
Philadelphia, PA 19154-3210

Alliance One Rec. Management Inc.
4850 Street Road
Suite 300
Trevose, PA 19053

Alliance One Rec. Managment Inc.
4850 Street Rd.
Suite 300
Trevose, PA 19053

Alliant Law Group
2860 Zanker Road
Suite 105
San Jose, CA 95134

Alliant Law Group, P.C.
2860 Zanker Road
Suite 105
San Jose, CA 95134

American Express
P.O. Box 105278
Atlanta, GA 30348-5278

American Express
P.O. Box 0001
Los Angeles, CA 90096-8000

Asset Acceptance LLC
P.O. Box 2036
Warren, MI 48090-2036

Associated Recovery Systems
P.O. Box 469046
Escondido, CA 92046-9046

```
AT&T
P.O. Box 8100
Aurora, IL 60507-8100


AT&T Universal
Cash Rewards thru CitiBank
P.O. Box 6000
The Lakes, NV 89163


AT&T Yellow Pages
C/O Joseph, Mann and Creed
20600 Chagrin Blvd, Suite 550
Shaker Heights, OH 44122-5340


Bank Of America
American Express Division
P.O. Box 15026
Wilmington, DE 19850-5026


Bank of America
P.O. Box 15021
Wilmington, DE 19850


Biehl & Biehl, Inc.
325 E. Fullerton
Carol Stream, IL 60188-7410


Biehl & Biehl, Inc.
P.O. Box 87410
325 E. Fullerton Ave.
Carol Stream, IL 60188-7410


Blatt, Hasenmiller, Leibsker
125 South Wacker Dr.,
Suite 400
Chicago, IL 60606-4440


Blitt and Gaines, P.C.
Attorneys at Law
661 W. Glenn Ave.
Wheeling, IL 60090


Blitt and Gaines, P.C.
Attorney at Law
661 Glenn Avenue
Wheeling, IL 60090
```

```
Caine & Weiner
P.O. Box 5010
21210 Erwin Street
Woodland Hills, CA 91365-5010


Capital Management Services, LP
726 Exchange Street
Suite 700
Buffalo, NY 14210


Capital One
P.O. Box 6492
Carol Stream, IL 60197-6492


Cardiac & Vascular Spec. S.C.
915 Center St.
Suite 2001
Elgin, IL 60120-2112


Chase
Manhattan BAnk USA
P.O. Box 15129
Wilmington, DE 19850-5129


Cingular Wireless
The new AT&T
P.O. Box 6428
Carol Stream, IL 60197-6428


Citi Card
P.O. Box 6000
The Lakes, NV 89163


Citibank
Citi Cards
P.O. Box 6537
The Lakes, NV 88901-6537


Citibank
Citi Cards
P.O. Box 6000
The Lakes, NV 89163


Citibank
P.O. Box 469100
Escondido, CA 92046-9100
```

```
Citibank
P.O. Box 6000
The Lakes, NV 89163


Client Services, Inc.
3451 Harry Truman Blvd.
St. Charles, MO 63301-4047


Collectcorp Corporation
Card Services
P.O. Box 15137
Wilmington, DE 19850-5137


Commonwealth Edison
Bill Payment Center
Chicago, IL 60668-0002


Corporate Collection Services, Inc
On Behalf of Quill Corporation
P.O. Box 22630
Cleveland, OH 44122-0630


Daily Herald
Paddock Publications, Inc.
P.O. Box 1420
Arlington Heights, IL 60006-1420


Daily Herald
Paddock Publications, Inc.
P.O. Box 3204
Arlington Heights, IL 60006


Deluxe Business Checks
P.O. Box 742572
Cincinnati, OH 45274-2572


DHL Express (USA) Inc.
NCO Financial Systems Inc.
P.O. Box 17196
Baltimore, MD 21297


Discover Card
P.O. Box 15156
Wilmington, DE 19850-5156
```

Encore Receivable Management Inc.
400 N. Rogers Rd.
P.O. Box 3330
Olathe, KS 66063-3330


Encore Receivable Management Inc.
400 N. Rogers Rd
P.O. Box3330
Olathe, KS 66063-3330


ERSolutions, Inc.
800 SW 39th St.
P.O. Box 9004
Renton, WA 98057


FIA Card Services
P.O. Box 15021
Wilmington, DE 19850


FIA Card Services
P.O. Box 15137
Wilimington, DE 19850


Financial Recovery Services, Inc.
P.O. Box 385908
Minneapolis, MN 55438-5908


First Collection Services
10925 Otter Creek E Blvd.
Mabelvale, AR 72103


Frontier
1398 S. Woodland Blvd.
Deland, FL 32720-7731


GC Services Limited Partnership
P.O. Box 26999
San Diego, CA 92196


GC Services Limited Partnership
Collection Agency Division
6330 Gulfton
Houston, TX 77081

```
Global Vantedge
Formerly known as RCS Centre Corp.
P.O. Box 12237
Hauppauge, NY 11788-0867


Groot Industries, Inc.
P.O. Box 309
Elk Grove Village, IL 60009-0309


Ice Mountain
P.O. Box 856680
6661 Dixie Hwy; Suite 4
Louisville, KY 40258-6680


Illinois American Water
P.O. Box 94551
Palatine, IL 60094-4551


Illinois American Water
P.O. Box 578
Alton, IL 62002


Illinois American Water
P.O. Box 578
Alton, IL 62002-0578


ISPC
6420 Benjamin Road
Tampa, FL 33634-5199


Lathrop & Gage DC Law Offices
Franklin Square, Suite 1050 East
1300 Eye Street, NW
Washington, DC 20005


Lavelle Law, Ltd.
501 West Colfax Street
Palatine, IL 60067


Law Office of G. Catrambone, P.C.
101 E. St. Charles Road
Suite 200
Villa Park, IL 60181
```

LTD Financial Services, L.P.
7322 Southwest Freeway
Suite 1600
Houston, TX 77074


Management Marketing Services, Inc.
Agent for RPA Shopping Ctr
P.O. Box 1494
Northbrook, IL 60065-1494


MBNA- Bank of America
P.O. Box 15021
Wilmington, DE 19850


Midland Credit Management, Inc.
Dept. 12421
P.O. Box 603
Oaks, PA 19456


NARS
P.O. Box 701
Chesterfield, MO 63006-0701


National Financial Systems, Inc.
600 W. John St.
P.O. Box 9041
Hicksville, NY 11802-9041


Nationwide Credit, Inc.
3835 N. Freeway Blvd.
Suite 100
Sacramento, CA 95834-1954


NCO Financial
507 Prudential Road
Horsham, PA 19044


NCO Financial Systems Inc.
P.O. Box 15456
Wilmington, DE 19850-5456


NCO Financial Systems Inc.
P.O. Box 4909
Dept. 22
Trenton, NJ 08650-4909

```
NCO Financial Systems Inc.
P.O. Box 12100
Dept. 64
Trenton, NJ 08650


NCO Financial Systems Inc.
P.O. Box 15630
Dept. 72
Wilmington, DE 19850


Nelson Watson & Associates, LLC
80 Merrimack Street Lower Level
Haverhill, MA 01830


Network Communications Inc.
The Real Estate Book
P.O. Box 402168
Atlanta, GA 30384-2168


Nicor Gas
P.O. Box 2020
Aurora, IL 60507-2020


Northstar Location Services, LLC
4285 Genesee Street
Cheektowaga, NY 14225-1943


Penn Credit Corporation
P.O. Box 988
Harrisburg, PA 17108-0988


Philip DeKoker
18357 Bock
Lansing, IL 60438


Phillips & Cohen Associates, Ltd.
1002 Justison Street
Wilmington, DE 19801


Pitney Bowes
P.O. Box 856042
Louisville, KY 40285-6042
```

```
Pitney Bowes
P.O. Box 856390
Louisville, KY 40285-6390


Quill Corporation
100 Schelter Rd.
Lincolnshire, IL 60069


R.H. Donnelley Publishing
5000 College Boulevard
Overland, KS 66211


Receivable Management Services
4836 Brecksville Road
P.O. Box 509
Richfield, OH 44286


Redline Recovery Services, LLC
2350 North Forest Road
Suite 31B
Getzville, NY 14068-1296


Ricoh Corporation
17482 Pullman St.
Irvine, CA 92614-5527


Sunrise Credit Services, Inc.
260 Airport Plaza
P.O. Box 9100
Farmingdale, NY 11735-9100


United Collection Bureau, Inc.
P.O. Box 140516
5620 Southwyck Blvd; Suite 206
Toledo, OH 43614-0516


Waste Management
1411 Opus Place,
Suite 400
Downers Grove, IL 60515


West Asset Management, Inc.
P.O. Box 105761
Atlanta, GA 30348-5761
```